AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Adams,, John R. | U.S. District Court, N.D. of Ohio | 03/25/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

510 U.S. Courthouse
2 S. Main
Akron, Ohio 44333

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian | Guardianship #1 (See Part VII) |
| 2. Trustee | Akron Roundtable (See Part VII) |
| 3. Custodian | (FBO of [redacted] --See Part VII) |
| 4. Custodian | (FBO of [redacted] --See Part VII) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams,, John R. | 03/25/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Valley Savings Bank | Mortgage on Residence/Rental (Duplex) | M |
| 2. | Keybank | Credit Line | K |
| 3. | Keybank | Credit Card | J |
| 4. | Citi- Cards | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams,, John R. | 03/25/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Fairlawn Ohio | D | Rent | N | Q | | | | | See VIII |
| 2. First Merit Common Stock | B | Dividend | K | T | | | | | |
| 3. Fidelity Contrafund | C | Dividend | K | T | | | | | |
| 4. Stifel Nicolas: Contrafund | A | Dividend | J | T | Sold (part) | 01/14/13 | J | A | |
| 5. | | | | | Sold (part) | 07/11/13 | J | A | |
| 6. | | | | | Sold (part) | 08/13/13 | J | A | |
| 7. Northwestern Mutual Life Ins. (Whole Life) No. 1 | B | Dividend | J | T | | | | | |
| 8. Northwestern Mutual Life Ins. (Whole Life) No. 2 | A | Dividend | K | T | | | | | |
| 9. Janus Growth & Income Fund | A | Dividend | K | T | | | | | |
| 10. American Funds:AmCap Fund Inc. CL F | B | Dividend | K | T | | | | | |
| 11. American Balanced Fund Inc. Cl F | A | Dividend | K | T | | | | | |
| 12. American High Inc. Tr. Cl F | B | Dividend | J | T | | | | | |
| 13. Eaton Vance World Wide Health Services | B | Dividend | J | T | | | | | |
| 14. Fidelity Advisor Fund Cl A | A | Dividend | K | T | | | | | |
| 15. Northwestern Mutual Inv. Services Mn Mkt. Fund | A | Dividend | J | T | | | | | |
| 16. Valley Savings Bank Checking | A | Interest | J | T | | | | | |
| 17. T. Rowe Price New Era (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Retirement Account | | | | | | | | | |
| 19. First Merit Common Stock | A | Dividend | J | T | | | | | |
| 20. American Funds:AMCAP Fund Class F | C | Dividend | K | T | | | | | |
| 21. American High Income Tr. Cl F | B | Dividend | K | T | | | | | |
| 22. American Balanced Fund Cl. F | A | Dividend | L | T | | | | | |
| 23. Eaton Vance World Wide Health Sciences | C | Dividend | K | T | | | | | |
| 24. Fidelity Advisor Fund C1A | A | Dividend | K | T | | | | | |
| 25. T. Rowe Price New Era (X) | B | Dividend | J | T | | | | | |
| 26. Remainder Interest in Ohio Property | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adams,, John R. | 03/25/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part 1, page 1, line 1---Guardianship #1 - The undersigned serves as Guardian of the Person (medical & person decisions only, not financial) ⬛ is physically and mentally disabled as a result of cerebral palsy. The undersigned has served as Guardian since 1984.

2) Part 1, page 1, line 2---The Akron Roundtable is a non-profit organization that provides a monthly current issues forum for purposes of presenting prominent speakers to the Akron and northeast Ohio area.

3) Part 1, page 1, line 3---The undersigned is custodian for the proceeds of a personal injuty settlement for the benefit of a minor grand nephew.

4) Part1, page 1, line 4---The undersigned is custodian for the proceeds of a personal injury settlement for the benefit of a minor grand niece.

5) Part VII, page 4, line 1---Rental property (duplex), located in the County of Summit, State of Ohio was appraised as part of refinancing in September, 2010.

6) Part VII, page 5, line 24, Remainder Interest in Ohio Real Estate

| Name of Person Reporting | Date of Report |
|---|---|
| Adams,, John R. | 03/25/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John R. Adams,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544